JS 44C/SDNY
REV. 12/2025

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                         DEFENDANTS

ATTORNEYS (Firm Name, Address, And Telephone Number)               ATTORNEYS (If Known)

CAUSE OF ACTION   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
                  (DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time?  No ☐  Yes ☐ _____
(If yes, Judge Previously Assigned)

If yes, was this case Vol. ☐  Invol. ☐    Dismissed. No ☐  Yes ☐    If yes, give date _____ & Case No. _____
Is this an international arbitration case?   Yes ☐   No ☐

## NATURE OF SUIT *(PLACE AN [x] IN ONE BOX ONLY)*

Click here for: Nature of Suit Code Descriptions.

### TORTS                                                          ACTIONS UNDER STATUTES

**Contract**
- [ ] 110  Insurance
- [ ] 120  Marine
- [ ] 130  Miller Act
- [ ] 140  Negotiable Instrument
- [ ] 150  Recovery Of Overpayment & Enforcement Of Judgment
- [ ] 151  Medicare Act
- [ ] 152  Recovery Of Defaulted Student Loans (Excl Veterans)
- [ ] 153  Recovery Of Overpayment Of Veteran's Benefits
- [ ] 160  Stockholders Suits
- [ ] 190  Other Contract
- [ ] 195  Contract Product Liability
- [ ] 196  Franchise

**Torts**

PERSONAL INJURY
- [ ] 310  Airplane
- [ ] 315  Airplane Product Liability
- [ ] 320  Assault, Libel & Slander
- [ ] 330  Federal Employers' Liability
- [ ] 340  Marine
- [ ] 345  Marine Product Liability
- [ ] 350  Motor Vehicle
- [ ] 355  Motor Vehicle Product Liability
- [ ] 360  Other Personal Injury
- [ ] 362  Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365  Personal Injury Product Liability
- [ ] 367  Health Care/ Pharmaceutical
- [ ] 368  Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370  Other Fraud
- [ ] 371  Truth In Lending
- [ ] 380  Other Personal Property Damage
- [ ] 385  Property Damage Product Liability

**Forfeiture/Penalty**
- [ ] 625  Drug Related Seizure Of Property 21 USC 881
- [ ] 690  Other

**Labor**
- [ ] 710  Fair Labor Standards Act
- [ ] 720  Labor/Management Relations
- [ ] 740  Railway Labor Act
- [ ] 751  Family and Medical Leave Act (FMLA)
- [ ] 790  Other Labor Litigation
- [ ] 791  Employee Retirement Income Security Act (ERISA)

**Bankruptcy**
- [ ] 422  Appeal 28 USC 158
- [ ] 423  Withdrawal 28 USC 157

**Intellectual Property Rights**
- [ ] 820  Copyrights
- [ ] 830  Patent
- [ ] 835  Patent - Abbreviated New Drug Application
- [ ] 840  Trademark
- [ ] 880  Defend Trade Secrets Act of 2016

**Other Statutes**
- [ ] 375  False Claims Act
- [ ] 376  Qui Tam (31 USC 3729(a))
- [ ] 400  State Reapportionment
- [ ] 410  Antitrust
- [ ] 430  Banks & Banking
- [ ] 450  Commerce
- [ ] 460  Deportation
- [ ] 470  Racketeer Influenced & Corrupt Organization Act (Rico)
- [ ] 480  Consumer Credit (15 USC 1681 or 1692)
- [ ] 485  Telephone Consumer Protection Act
- [ ] 490  Cable/Satellite TV
- [ ] 850  Securities/ Commodities/ Exchange
- [ ] 890  Other Statutory Actions
- [ ] 891  Agricultural Acts
- [ ] 893  Environmental Matters
- [ ] 895  Freedom Of Information Act
- [ ] 896  Arbitration
- [ ] 899  Administrative Procedure Act/ Review or Appeal of Agency Decision
- [ ] 950  Constitutionality Of State Statutes

**Real Property**
- [ ] 210  Land Condemnation
- [ ] 220  Foreclosure
- [ ] 230  Rent Lease & Ejectment
- [ ] 240  Torts To Land
- [ ] 245  Tort Product Liability
- [ ] 290  All Other Real Property

**Civil Rights**
- [ ] 440  Other Civil Rights (Non-Prisoner)
- [ ] 441  Voting
- [ ] 442  Employment
- [ ] 443  Housing/ Accommodations
- [ ] 445  Americans With Disabilities - Employment
- [ ] 446  Americans With Disabilities - Other
- [ ] 448  Education

**Prisoner Petitions**

Habeas Corpus
- [ ] 463  Alien Detainee
- [ ] 510  Motions To Vacate Sentence
- [ ] 530  General
- [ ] 535  Death Penalty

Other
- [ ] 540  Mandamus & Other
- [ ] 550  Civil Rights
- [ ] 555  Prison Condition
- [ ] 560  Civil Detainee - Conditions Of Confinement

**Immigration**
- [ ] 462  Naturalization Application
- [ ] 465  Other Immigration Actions

**Social Security**
- [ ] 861  HIA (1395ff)
- [ ] 862  Black Lung (923)
- [ ] 863  DIWC/DIWW (405(G))
- [ ] 864  SSID Title XVI
- [ ] 865  RSI (405(g))

**Federal Tax Suits**
- [ ] 870  Taxes (U.S. Plaintiff Or Defendant)
- [ ] 871  IRS-Third Party 26 USC 7609

---

Check if demanded in complaint:

    CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23

DEMAND $_____   OTHER _____

*Check YES only if demanded in complaint*

JURY DEMAND:    YES    NO

Do you claim this case is related to a civil case now pending in S.D.N.Y. as defined by Local Rule For Division of Business 13?
If so, state:

JUDGE _____ DOCKET NUMBER_____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32) with an explanation as to why the cases are deemed related.

(PLACE AN X IN ONE BOX ONLY) **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
  ☐ a. all parties represented
  ☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY) **BASIS OF JURISDICTION**   *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government NOT A PARTY)
☐ 4 Diversity

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF DEF |  | PTF DEF |  | PTF DEF |
|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1  [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3  [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5  [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2  [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4  [ ] 4 | FOREIGN NATION | [ ] 6  [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
Representation is hereby made that, at this time, I have been unable, with reasonable diligence, to ascertain the residence addresses of the following Defendants:

**COURTHOUSE ASSIGNMENT**

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☐ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION.)

DATE   SIGNATURE OF ATTORNEY OF RECORD   ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED  Mo. _____  Yr. _____)
RECEIPT #   Attorney Bar Code #_____

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)