UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                     :

JAY CONNOR, *individually and on behalf of all others similarly situated*,    :

                                   Plaintiff,    :

                     -v -    :

ACCIDENT LLC,    :

                                Defendant.    :
------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2026

1:26-cv-2049-GHW

<u>ORDER REFERRING CASE
TO MAGISTRATE JUDGE</u>

The above entitled action is referred to a United States magistrate judge for the following purpose:

**_X_** General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific non-dispositive motion/dispute: _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement

___ Inquest after default/damages hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas corpus

___ Social Security

**_X_** Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

Specific motion:

_____

All such motions: **_X_**

     SO ORDERED.

Dated: March 13, 2026

_____
GREGORY H. WOODS
United States District Judge