**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Jay Connor

                        Plaintiff,

        -against-                                                    1:26 Civ. 2049 _____ ( GHW )

        Accident LLC                                        **MOTION FOR ADMISSION**

                                                                    **PRO HAC VICE**

_____ Defendant.


Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Andrew Roman Perrong hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Jay Connor in the above-captioned action.


I am in good standing of the bar(s) of the state(s) of Pennsylvania, Oregon and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.


Dated:

04/02/2026

Respectfully Submitted,

_____

Applicant Signature:_____

Applicant's Name: Andrew Roman Perrong

Firm Name: Perrong Law LLC

Address: 2657 Mount Carmel Avenue

City/State/Zip: Glenside, PA 19038

Telephone/Fax: 215-225-5529 / 888-329-0305

Email: a@perronglaw.com