UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

Jay Connor

                  Plaintiff(s),

      v.

Accident LLC

            Defendant(s).

------------------------------------------------------------

1:26-cv-02049-GHW-GS

**AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT COUNSEL
*PRO HAC VICE***

I, ANDREW ROMAN PERRONG _____, being duly sworn, hereby depose and say as follows:

1.    I am a(n) Partner _____ with the law firm of PERRONG LAW LLC _____.

2.    I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.    As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of PENNSYLVANIA, OREGON _____.

4.    There are no pending disciplinary proceedings against me in any state or federal court True

5.    I Have not _____ been convicted of a felony. If you have, please describe facts and circumstances.

6.    I Have not _____ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7.    Attorney Registration Number(s) if applicable: 333687, 243320 _____

8.    Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:26-cv-02049-GHW-GS for Plaintiff   Jay Connor _____.

Date 4/2/26

_____

_____
Signature of Movant
Firm Name PERRONG LAW LLC _____
Address 2657 MOUNT CARMEL AVENUE _____

GLENSIDE, PA 19038

Email A@PERRONGLAW.COM _____

Phone 215-225-5529 _____

**NOTARIZED**

Commonwealth of Pennsylvania - Notary Seal
VERA JARYI - Notary Public
Bucks County
My Commission Expires May 29, 2026
Commission Number 1326643