

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Andrew Roman Perrong, Esq.*

### DATE OF ADMISSION

*October 10, 2023*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  March 3, 2026**

*Nicole Traini*

Nicole Traini
Chief Clerk