

STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

ANDREW ROMAN PERRONG

as an Attorney of this Court.

I, as State Court Administrator of the State of Oregon, certify that on the

19th day of September, 2024

ANDREW ROMAN PERRONG

was admitted to the practice of law in the Supreme Court and all other courts in the State of

Oregon, and is now an attorney in good standing.

March 10, 2026.

NANCY COZINE
State Court Administrator



_____
Authorized Representative