**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Jay Connor

Plaintiff,

-against-

Accident LLC

Defendant.

1:26 cv 2049 ( GHW )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of ___Andrew Roman Perrong___, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

___Pennsylvania, Oregon___; and that his/her contact information is as follows (please print):

Applicant's Name: ___Andrew Roman Perrong___

Firm Name: ___Perrong Law LLC___

Address: ___2657 Mount Carmel Avenue___

City / State / Zip: ___Glenside, PA 19038___

Telephone / Fax: ___215-225-5529 / 888-329-0305___

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

___Jay Connor___ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ___April 3, 2026___

_____
United States District / Magistrate Judge