UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAY CONNOR,

                      Plaintiff,                **26 Civ. 2049 (GHW) (GS)**

       -against-                           **ORDER**

ACCIDENT LLC,

                    Defendant.
-----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

       This complaint in this case was filed on **March 12, 2026**.  (Dkt. No. 1).  An electronic summons was issued as to Defendant Accident LLC on **March 13, 2026**.  (Dkt. No. 4).  However, there is no indication on the docket that the defendant has been served.  The defendant has not appeared in this case thus far, and more than 90 days have elapsed since the filing of the case.

       Plaintiff is accordingly ORDERED to show cause by no later than **July 13, 2026** why this case should not be dismissed without prejudice for failure to serve the defendant within 90 days after the complaint is filed.  *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").

       **SO ORDERED.**

DATED:     July 6, 2026
             New York, New York

                                        _____
                                   The Honorable Gary Stein
                                   United States Magistrate Judge