**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

                    Plaintiff(s),

                                                        _____ Civ. _____(___)

        - against -
                                                        **CLERK'S CERTIFICATE**
                                                            **OF DEFAULT**

                    Defendant(s),
-------------------------------------------------------------X

        **I, TAMMI M. HELLWIG, Clerk of the United States District Court for**

**the Southern District of New York**, **do hereby certify that this action was commenced on**

**_____ with the filing of a summons and complaint, a copy of the summons and**

**complaint was served on defendant(s) _____**

**by personally serving _____,**

*and proof of service was therefore filed on _____, Doc. #(s) _____.*

**I further certify that the docket entries indicate that the defendant(s) has not filed an**

**answer or otherwise moved with respect to the complaint herein. The default of the**

**defendant(s) is/are hereby noted.**

**Dated: New York, New York**

                **_____, 20___**                    **TAMMI M. HELLWIG**
                                                                **Clerk of Court**


                                                    **By: _____**
                                                            **Deputy Clerk**

SDNY Web 3/2015