**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

Jay Connor

**Plaintiff(s),**

- against -

Accident LLC

**Defendant(s),**
-------------------------------------------------------------X

1:26 **Civ.** 02049 (GH )

**CLERK'S CERTIFICATE**
**OF DEFAULT**

    **I, TAMMI M. HELLWIG, Clerk of the United States District Court for**

**the Southern District of New York, do hereby certify that this action was commenced on**

3/12/2026 **with the filing of a summons and complaint, a copy of the summons and**

**complaint was served on defendant(s)** Accident LLC

**by personally serving** Patricia Brun **,**

*and proof of service was therefore filed on* 07/06/2026 *, Doc. #(s)* 9 **.**

**I further certify that the docket entries indicate that the defendant(s) has not filed an**

**answer or otherwise moved with respect to the complaint herein. The default of the**

**defendant(s) is/are hereby noted.**

**Dated: New York, New York**

    August 12 **, 20** 26

**TAMMI M. HELLWIG**
    **Clerk of Court**

**By:** _____ *Negam Dulal*
    **Deputy Clerk**