**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/2026

JAY CONNOR, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ACCIDENT LLC

Defendant.

Case No. 1:26-cv-2049

**MEMORANDUM ENDORSED**

**JURY TRIAL DEMANDED**
**CLASS ACTION**

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff JAY CONNOR, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), respectfully notifies the Court that the Plaintiff voluntarily dismisses his individual claims against Defendant without prejudice, with each party to bear its own fees and costs.

Dated: September 14, 2026

Respectfully Submitted,

*/s/ Andrew Perrong*

Andrew Perrong
Email: a@perronglaw.com
PERRONG LAW, LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: (215) 225-5529
*Subject to Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

September 14, 2026

*/s/ Andrew Perrong*
Andrew Perrong
Email: a@perronglaw.com
PERRONG LAW, LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: (215) 225-5529
*Subject to Pro Hac Vice*

Plaintiff has voluntarily dismissed this case without prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: September 15, 2026
New York, New York

GREGORY H. WOODS
United States District Judge